# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MELBOURNE MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, derivatively on behalf of QUALCOMM, INCORPORATED, | § § § § | No. 444, 2016 |
| Plaintiff Below, Appellant, | § § § | |
| v. | § § § | Court Below: Court of Chancery of the State of Delaware |
| PAUL E. JACOBS, STEVEN M. MOLLENKOPF, BARBARA T. ALEXANDER, DONALD G. CRUICKSHANK, RAYMOND V. DITTAMORE, SUSAN HOCKFIELD, THOMAS W. HORTON, SHERRY LANSING, HARISH MANWANI, DUANE A. NELLES, CLARK T. RANDT, JR., FRANCISCO ROS, JONATHAN J. RUBINSTEIN, GENERAL BRENT SCOWCROFT, and MARC I. STERN, | § § § § § § § § § § § § § | C.A. No. 10872-VCM |
| Defendants Below, Appellee, | § § § | |
| and | § | |
| QUALCOMM, INC., | § § | |
| Nominal Defendant Below, Appellee. | § § | |

Submitted: March 1, 2017
Decided: March 3, 2017

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, Justices; and **SCOTT**, Judge,[*] constituting the Court *en Banc*.

---

[*] Sitting by designation under Del. Const. art. IV, § 12.

# **O R D E R**

This 3rd day of March 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its memorandum opinion dated August 1, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Melbourne Mun. Firefighters' Pension Tr. Fund on Behalf of Qualcomm, Inc. v. Jacobs et al.*, 2016 WL 4076369 (Del. Ch. Aug. 1, 2016).